```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11426
    KENNETH T WONG
    LALANA WONG                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4195      SSN XXX-XX-9426
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/26/07 and confirmed on 10/16/07.

2. The case was converted to Chapter 7 after confirmation, 09/16/2008.

3. The Debtor paid a total of $ 8450.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 6689.56 | 447.67 | 2821.03 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 7950.00 | 754.75 | 2778.62 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 5082.09 | .00 | 216.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1065.22 | .00 | 30.00 |
| B REAL LLC | UNSECURED | 10160.03 | .00 | 136.25 |
| B REAL LLC | UNSECURED | 1720.95 | .00 | 17.61 |
| BANK ONE/JPM CHASE | UNSECURED | 284.75 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6271.28 | .00 | 84.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5565.24 | .00 | 74.64 |
| PEOPLES GAS CREDIT UNION | UNSECURED | 3051.06 | .00 | 40.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1301.98 | .00 | 17.46 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 452.28 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 616.04 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14639.56 | .00 | 35570.92 | .00 | 50210.48 |
| PRINCIPAL PAID | 5599.65 | .00 | 616.99 | .00 | 6216.64 |
| INTEREST PAID | 1202.42 | .00 | .00 | .00 | 1202.42 |
| TOTAL PAID | 6802.07 | .00 | 616.99 | .00 | 7419.06 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3500.00 and was paid $   2900.00   direct and $    600.00   through the plan.

The Trustee received $    430.94 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 11426 KENNETH T WONG & LALANA WONG